**William HAVENS, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2009–5039.

United States Court of Appeals, Federal Circuit.

Aug. 7, 2009.

Rehearing and Rehearing En Banc Denied Oct. 15, 2009.

John B. Wells, Law Office of John B. Wells, of Slidell, Louisiana, argued for plaintiff-appellant.

Douglas G. Edelschick, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Michael F. Hertz, Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director. Of counsel on the brief was Marc S. Brewen, Lieutenant Commander, Office of the Judge Advocate General, United States Department of the Navy, of Washington, DC.

Before MICHEL, Chief Judge, LOURIE, Circuit Judge, and CLARK, District Judge.*

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed.Cir.R.36.